**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SUSAN LORENZI, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:11-cv-00342-RCJ-WGC |
| PRUDENTIAL INSURANCE Co. OF AMERICA, | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Motion for Judgment (ECF No. 49) is DENIED. Counsel was instructed to simply submit the proposed order, not another motion. The Court will consider the proposed judgment attached thereto and enter judgment in an appropriate form forthwith.

IT IS SO ORDERED.

Dated this 19th day of March, 2013.

_____
ROBERT C. JONES
United States District Judge